June 30, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BP OIL PIPELINE COMPANY, Appellant

NO. 14-13-00352-CV                                V.

PLAINS PIPELINE, L.P., Appellee

_____

This cause, an appeal from the judgment signed on March 26, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings consistent with this court's opinion. For good cause, we order appellant BP OIL PIPELINE COMPANY to pay fifty percent of all costs incurred in this appeal, and we order appellee PLAINS PIPELINE, L.P. to pay fifty percent of all costs incurred in this appeal. We further order this decision certified below for observance.